UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 21 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-64-BYCM-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BOBBIE WILKIE ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#62), sentencing having been imposed on December 15, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NATIONAL PARK FOUNDATION
Amount of Restitution: $102,364.40

**Total Amount of Restitution ordered: $102,364.40\*\***
\*\* Joint and several with co-defendants Deanne Wilkie and Frank Embrey

Dated this 20th day of June, 2017.

UNITED STATES DISTRICT JUDGE